UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY | ) | |
| | ) | |
| | ) | No. 3:14-1399 |
| v. | ) | Judge Sharp |
| | ) | |
| TENNESSEE DEPARTMENT OF REVENUE, et al., | ) ) | |
| | ) | |

**O R D E R**

Pending before the Court is an Amended Joint Motion to Continue Hearing on Plaintiff's Motion for Preliminary Injunction (Docket No. 16).

The motion is GRANTED and the motion hearing scheduled for July 22, 2014, is hereby rescheduled for Friday, August 29, 2014, at 10:30 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE