# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-1399 |
| | ) | Judge Sharp/Knowles |
| TENNESSEE DEPARTMENT | ) | |
| OF REVENUE, et al. | ) | |

and

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC. | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-1400 |
| | ) | Judge Sharp/Knowles |
| TENNESSEE DEPARTMENT | ) | |
| OF REVENUE, et al. | ) | |

## O R D E R

Pending before the Court are the parties' Joint Motions to Reset Initial Case Management Conference. Docket Nos. 19 in case no. 3:14-1399, 13 in case no. 3:14-1400. These Motions are granted. The Initial Case Management Conference previously set for August 25, 2014, at 10:30 and 11:00 a.m. are hereby reset to **August 29, 2014, at 9:00 a.m.** before the undersigned.

The parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be filed three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge