T,UV⟨JÞÁÕÜŒÞVÒÖ
Kevin H. Sharp

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

BNSF RAILWAY COMPANY,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:14-cv-01399
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Sharp
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Knowles

TENNESSEE DEPARTMENT OF REVENUE
and RICHARD ROBERTS, Commissioner of
Revenue of the State of Tennessee,

    Defendants.

## PLAINTIFF BNSF RAILWAY COMPANY'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

    Plaintiff BNSF Railway Company, pursuant to Local Rule 7.01(b), moves this Court for leave to file the attached Reply Brief in further support of its Motion for Preliminary Injunction, which was filed on July 14, 2014. BNSF submits that a Reply Brief would be helpful to the Court in determining its Motion, as the defendants filed a Response that raised several issues that BNSF did not address in its original briefing. BNSF seeks the opportunity to respond to those issues and other arguments prior to the Court's hearing and ruling on the Motion for Preliminary Injunction.

    BNSF is filing its Reply Brief provisionally at the time of the filing of this Motion. BNSF respectfully requests that this Court grant this Motion and agree to consider its Reply Brief.

N BTM 1401407 v1
2783738-000055  08/18/2014