**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:14-cv-01399** |
| | ) | |
| **v.** | ) | **JUDGE FRIEDMAN** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **TENNESSEE DEPARTMENT OF** | ) | |
| **REVENUE and DAVID** | ) | |
| **GERREGANO, Commissioner of** | ) | |
| **Revenue of the State of Tennessee,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION TO REOPEN AND TO SET A
RULE 16 CASE MANAGEMENT SCHEDULING CONFERENCE**

On May 8, 2017, this Court closed this case for administrative purposes only, pending a final resolution of *Illinois Central Railroad Company, v. Tennessee Department of Revenue*, No. 3:10-cv-00197 (Doc. 35). This Court further provided that either party may reopen the matter upon the conclusion of No. 3:10-cv-00197. Plaintiff, BNSF Railway Company, and Defendants, Tennessee Department of Revenue and David Gerregano, Commissioner of Revenue of the State of Tennessee, (by automatic substitution for Richard Roberts) hereby advise the Court that No. 3:10-cv-00197 has reached its conclusion. Accordingly, all parties request that this matter be reopened for further proceedings as the Court may direct. In addition, the parties suggest that a case management/scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure would expedite the resolution of this case.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC

Misty Smith Kelley (#19450)
John M. Phillips (#21639)
633 Chestnut Street, Suite 1900
Chattanooga, TN  37450
Telephone: (423) 756-2010
mkelley@bakerdonelson.com
jphillips@bakerdonelson.com

Brigid M. Carpenter (#018134)
1600 West End Ave., Suite 2000
Nashville, TN 37203
Telephone: (615) 726-7341
bcarpenter@bakerdonelson.com

By: */s/ John M. Phillips*
*Counsel for Plaintiff*

JONATHAN SKRMETTI,
ATTORNEY GENERAL AND REPORTER

Nicholas G. Barca (#23496)
Office of the Attorney General,
Financial Division
Post Office Box 20207
Nashville, Tennessee 37202
Telephone: (615) 741-6424
Nick.barca@ag.tn.gov

By: */s/ Nicholas G. Barca (with permission)*
*Counsel for Defendants*

2